# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST NBC BANK, individually and on behalf of a class of similarly situated financial institutions,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION and SEARS HOLDINGS CORPORATION,<br><br>Defendants. | Case No: 1:14-cv-10088<br><br>**Hon. Charles R. Norgle, Sr.** |

## PLAINTIFF FIRST NBC BANK'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST ALL DEFENDANTS

Plaintiff, by undersigned Counsel, hereby voluntarily dismisses its complaint, without prejudice, against Defendants Kmart Corporation and Sears Holdings Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

DATED:     June 11, 2015

                                        Respectfully submitted,

                                        By:  /s/ Lori A. Fanning
                                        Marvin A. Miller
                                        Lori A. Fanning
                                        **MILLER LAW LLC**
                                        115 S. LaSalle Street, Suite 2910
                                        Chicago, IL 60603
                                        Tel:    (312) 332-3400
                                        Fax:   (312) 676-2676
                                        mmiller@millerlawllc.com
                                        lfanning@millerlawllc.com

                                        Arthur M. Murray
                                        Stephen B. Murray
                                        Korey A. Nelson
                                        **MURRAY LAW FIRM**
                                        (admitted *pro hac vice*)

493835.1

650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:     (504) 525-8100
Fax:    (504) 584-5249
amurray@murray-lawfirm.com
smurray@murray-lawfirm.com
knelson@murray-lawfirm.com

Gary F. Lynch
Edwin J. Kilpela
Jamisen Etzel
(admitted *pro hac vice*)
**CARLSON LYNCH SWEET & KILPELA, LLP**
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Tel:     (412) 322-9243
Fax:    (412) 231-0246
glynch@carlsonlynch.com
ekilpela@carlsonlynch.com
jetzel@carlsonlynch.com


Karen Hanson Riebel
Heidi M. Silton
Kate M. Baxter-Kauf
 (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Tel:     (612) 339-6900
Fax:    (612) 339-0981
khriebel@locklaw.com
hmsilton@locklaw.com
kmbaxter-kauf@locklaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on June 11, 2015, using the Court's CM/ECF system, which will send and serve notice of the filing electronically to the following counsel of record:

>Phyllis B. Sumner
>psummer@kslaw.com
>**KING & SPALDING LLP**
>1180 Peachtree Street, N.E.
>Atlanta, Georgia 30309
>Tel.: (404) 572-4600
>Fax: (404) 572-5140
>
>Jeremy S. Unruh
>junruh@polsinelli.com
>**Polsinelli PC**
>161 North Clark Street
>Suite 4200
>Chicago, Illinois 60601
>(312) 819-1900
>
>*Counsel for Defendants*

>>*/s/* Lori Ann Fanning
>>Lori Ann Fanning